IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Antonio Cook, *on behalf of himself and all similarly situated individuals*,<br><br>    Plaintiff,<br><br>    v.<br><br>Alta Colleges, Inc.<br>*doing business as*<br>Westwood College, Inc.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:12-cv-00804-JOF |

## **ORDER**

This matter is before the court on Defendant's Motion to Dismiss or Transfer [6].

Plaintiff, Antonio Cook, filed suit against Defendant, Alta Colleges, Inc. d/b/a Westwood Colleges, on March 8, 2012, on behalf of himself and a putative nationwide collective class alleging violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. On July 12, 2012, Defendant moved to dismiss or in the alternative transfer the case to the United States District Court for the District of Colorado. Defendant seeks the transfer because it is identical to an earlier-filed and identical case filed in Colorado. *See Burke v. Alta Colleges, Inc. d/b/a Westwood College*, No. 1:11-cv-02990-WYD-KLM. Plaintiff consents to the transfer.

The court GRANTS Defendant's Motion to Transfer [6]. This case should be transferred to the United States District Court for the District of Colorado and consolidated with the *Burke* action.

**IT IS SO ORDERED** this 6th day of November, 2012.

    S/ J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)